**EXHIBIT A: CONSENT JUDGMENT**

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ASTRAZENECA AB; AKTIEBOLAGET HÄSSLE; ASTRAZENECA LP; KBI INC.; and KBI-E INC., | : Honorable Joel A. Pisano, U.S.D.J.<br>: Honorable Tonianne J. Bongiovanni, U.S.M.J. |
| Plaintiffs, | : Civil Action No. 10-CV-1017(JAP)(TJB) |
| v. | |
| SUN PHARMA GLOBAL FZE, SUN PHARMACEUTICAL INDUSTRIES, INC., and SUN PHARMACEUTICAL INDUSTRIES, LTD. | RECEIVED<br>OCT 12 2011<br>AT 8:30<br>WILLIAM T. WALSH<br>CLERK |
| Defendants. | |
| SUN PHARMA GLOBAL FZE, SUN PHARMACEUTICAL INDUSTRIES, INC., and SUN PHARMACEUTICAL INDUSTRIES, LTD., | |
| Counterclaim-Plaintiffs, | : Civil Action No. 10-CV-1017(JAP)(TJB) |
| v. | |
| ASTRAZENECA AB; AKTIEBOLAGET HÄSSLE; ASTRAZENECA LP; KBI INC.; and KBI-E INC., | |
| Counterclaim-Defendants. | |

**CONSENT JUDGMENT**

AstraZeneca AB, Aktiebolaget Hässle, AstraZeneca LP (hereinafter collectively "AstraZeneca") and KBI Inc. and KBI-E Inc. (hereinafter collectively "KBI"), all Plaintiffs in Civil Action No. 3:10-cv-01017, and Sun Pharma Global FZE, a company organized and

existing under the laws of Sharjah, United Arab Emirates, Sun Pharmaceutical Industries, Inc., a company organized and existing under the laws of Michigan, and Sun Pharmaceutical Industries, Ltd., a company organized and existing under the laws of Republic of India (hereinafter collectively "Sun"), all Defendants in Civil Action No. 3:10-cv-01017, have agreed to terms and conditions representing a negotiated settlement of these actions and have set forth those terms and conditions in a Settlement Agreement (the "Settlement Agreement"). Now the parties, by their respective undersigned attorneys, hereby stipulate and consent to entry of judgment and an injunction in this action as follows:

IT IS this 11th day of Oct, 2011

ORDERED, ADJUDGED AND DECREED as follows:

1. This Court has jurisdiction over the subject matter of the above action and has personal jurisdiction over the parties.

2. As used in this Consent Judgment, (i) the term "Sun Product" shall mean a drug product sold, offered for sale or distributed pursuant to Abbreviated New Drug Application No. 200-882; and (ii) the term "Affiliate" shall mean any entity or person that, directly or indirectly through one or more intermediaries, controls, is controlled by, or is under common control with Sun; for purposes of this definition, "control" (a) means ownership, directly or through one or more intermediaries, of (1) more than fifty percent (50%) of the shares of stock entitled to vote for the election of directors, in the case of a corporation, or (2) more than fifty percent (50%) of the equity interests in the case of any other type of legal entity or status as a general partner in any partnership, or (b) any other arrangement whereby an entity or person has the right to elect a majority of the Board of Directors or equivalent governing body of a

28

corporation or other entity or the right to direct the management and policies of a corporation or other entity.

3. Sun, including any of its Affiliates, successors and assigns, shall not engage in making, having made, using, selling, offering to sell, importing or distributing of the Sun Product before January 1, 2014 unless otherwise specifically authorized pursuant to the Settlement Agreement.

4. Compliance with this Consent Judgment may be enforced by AstraZeneca and KBI and their successors in interest, or assigns, as permitted by the terms of the Settlement Agreement.

5. This Court retains jurisdiction to enforce or supervise performance under this Consent Judgment and the Settlement Agreement.

6. To the extent that the Complaint seeks a judgment declaring that United States Patent Numbers 5,877,192 and 6,143,771 have been infringed pursuant to 35 U.S.C. § 271(e)(2), those claims are dismissed without prejudice. All other claims, counterclaims, affirmative defenses and demands in this Action are hereby dismissed with prejudice and without costs, disbursements or attorneys' fees to any party.

_____
Joel A. Pisano, U.S.D.J.


We hereby consent to the form and entry of this Order

| s/John E. Flaherty | s/Melissa Steedle Bogad |
|---|---|
| | James S. Richter |
| John E. Flaherty | Melissa Steedle Bogad |
| McCARTER & ENGLISH | WINSTON & STRAWN LLP |
| Four Gateway Center | The Legal Center |

100 Mulberry Street
Newark, New Jersey  07102
(973) 622-4444

Errol B. Taylor
Fredrick M. Zullow
MILBANK, TWEED, HADLEY &
McCLOY LLP
1 Chase Manhattan Plaza
New York, New York  10005-1413
(212) 530-5000

*Attorneys for AstraZeneca AB, Aktiebolaget Hässle, AstraZeneca LP, KBI Inc., and KBI-E Inc.*

One Riverfront Plaza
Suite 730
Newark, New Jersey 07102
(973) 848-7676

James F. Hurst
Derek J. Sarafa
Kevin E. Warner
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-5600

*Attorneys for Sun Pharma Global FZE, Sun Pharmaceutical Industries, Inc., and Sun Pharmaceutical Industries, Ltd.*